[No. 4351-1.    Division One.    November 22, 1976.]

JOE ROBLES, JR., *Respondent*, v. THE DEPARTMENT OF MOTOR VEHICLES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 774416, Robert W. Winsor, J., entered December 15, 1975. *Reversed* by unpublished per curiam opinion.

[No. 1661-3.    Division Three.    November 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE MINES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 64525, Albert N. Bradford, J., entered July 9, 1975. *Affirmed* by unpublished opinion per Shields, J. Pro Tem., concurred in by McInturff, C.J., and Green, J.

[No. 1411-3.    Division Three.    November 23, 1976.]

FRED L. LINSE, ET AL, *Appellants*, v. RICHARD I. MARLEY, ET AL, *Defendants*, PERRY J. ROBINSON, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for Yakima County, Nos. 54950, 56295, Howard Hettinger, J., entered January 16, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1634-3.    Division Three.    November 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WEIMERSKIRCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 2050, Donald N. Olson, J., entered June 30, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1633-3.    Division Three.    November 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY RENTIE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 2049, Donald N. Olson, J., entered June